UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASQUALE LONGORDO,

    Plaintiff,

vs.

VETERANS UNITED HOME LOANS,

    Defendant.

Case No. 2:12-cv-11738

Hon:

---

| | |
|---|---|
| Pasquale Longordo<br>*In pro per*<br>836 Chapin<br>Birmingham, MI 48009<br>Tel: (248) 971-0609 | Stephen W. King (P56456)<br>Thomas J. Murray (P56331)<br>KING AND MURRAY PLLC<br>Attorneys for Defendant<br>355 S. Old Woodward, Suite 100<br>Birmingham, Michigan 48009<br>sking@kingandmurray.com<br>tmurray@kingandmurray.com<br>Tel: (248) 792-2398/Fax: (248) 646-8747 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1331, § 1441, and § 1446 Defendant Veterans United Home Loans ("Veterans United") gives notice that it is removing this case to the United States District Court for the Eastern District of Michigan, Southern Division, on the grounds set forth below.

## STATEMENT OF GROUNDS FOR REMOVAL

1. On March 20, 2012 Plaintiff Pasquale Longordo ("Plaintiff") initiated an action in the 52-3 District Court in Rochester Hills, Michigan entitled *Pasquale Longordo v. Veterans United Homes Loans*, Case No. 12-C01781. A copy of the Summons and Complaint, which represents all the pleadings filed in this case, are attached as **Ex. A**.

2. Veterans United was served with the Summons and Complaint on or about March 23, 2012.

3. As Veterans United is the only defendant consent by other defendants to this Notice of Removal is not required.

4. This Notice of Removal is being filed on April 19, 2012, within 30 days "after the receipt by the defendant, through services or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," and is therefore timely under 28 U.S.C. § 1446(b).

5. A copy of this Notice of Removal is being promptly filed with the Clerk of the 52-3 District Court, and is being served on Plaintiff as required by 28 U.S.C. § 1446(d).

6. This is a civil action within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 because it presents a federal question arising under the laws of the United States.

7. This action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Michigan, Southern Division, embraces the 52-3 District Court, the place where the action is pending.

8. A federal question is presented because Plaintiff has specifically invoked the "Telephone Consumer Protection Act (TCPA), FTC/FCC Do Not Call Registry and the DMA Marketing Guidelines" and alleged in his well-pleaded Complaint that Veterans United has violated, *inter alia*, the TCPA. **See Ex. A**, ¶¶ 7-9. Therefore, a federal question within the meaning of 28 U.S.C. § 1331 is presented.

Veterans United therefore gives notice that the action pending against it in the 52-3 District Court has been removed from that court to the United Stated District Court for the Eastern District of Michigan, Southern Division.

    Respectfully submitted,

    KING & MURRAY PLLC

    By: s/Thomas J. Murray
        Stephen W. King (P56456)
        Thomas J. Murray (P56331)
        KING AND MURRAY PLLC
        Attorneys for Defendant
        355 S. Old Woodward, Suite 100
        Birmingham, Michigan 48009
        sking@kingandmurray.com
        tmurray@kingandmurray.com
        Tel: (248) 792-2398/Fax: (248) 646-8747

Date: April 19, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system. I hereby certify that I have also mailed via first-class mail the foregoing paper to Plaintiff.

By: s/Thomas J. Murray
Stephen W. King (P56456)
Thomas J. Murray (P56331)
KING AND MURRAY PLLC
Attorneys for Defendant
355 S. Old Woodward, Suite 100
Birmingham, Michigan 48009
sking@kingandmurray.com
tmurray@kingandmurray.com
Tel: (248) 792-2398/Fax: (248) 646-8747